# EXHIBIT A



## SUMMARY APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
9400 Old Southwick Pass
DIST 1 SECTION 1 LL 12 LOT 1 BLK C
Alpharetta, GA  30022-5187

**FOR:**
GARY HARRELL

**AS OF:**
12/23/2013

**BY:**
S. CRAIG WATKINS
890-F ATLANTA STREET #176
ROSWELL, GA. 30075
(770)654-8740

Form GA1 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Limited Appraisal Analysis - Summary Appraisal Report

File No. 9400-2013

## BORROWER/SUBJECT PROPERTY INFORMATION

- Borrower / CLIENT: HARRELL
- Property Address: 9400 Old Southwick Pass
- City: Alpharetta
- County: FULTON
- State: GA
- Zip Code: 30022-5187
- Census Tract: 0114.25
- Map Reference: 497A06
- Check one: [X] SF  [X] PUD  [ ] Condo  [ ] 2-4 Units
- Phone No. Res.: N/A
- Loan Amount Requested $: N/A
- Term: N/A Mos.
- Owner's Est. of Value $: N/A

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport (specify type & no.) | Porches, Patio or Pool (specify) | Central Air |
|---|---|---|---|---|---|---|---|
| 13 | 6 | 5.1 | [X] Yes [ ] No | 6,617 Sq. Ft. | 3 ATT | DK,PAT,POOL | [X] Yes [ ] No |

## FIELD REPORT

### NEIGHBORHOOD

- Location: [ ] Urban  [X] Suburban  [ ] Rural
- Built Up: [X] Over 75%  [ ] 25% to 75%  [ ] Under 25%
- Growth Rate: [ ] Fully Dev.  [ ] Rapid  [X] Steady  [ ] Slow
- Property Values: [ ] Increasing  [X] Stable  [ ] Declining
- Demand/Supply: [ ] Shortage  [X] In Balance  [ ] Over Supply
- Marketing Time: [X] Under 3 Mos.  [ ] 4-6 Mos.  [ ] Over 6 Mos.

NEIGHBORHOOD RATING — Good / Avg / Fair / Poor
- Property Compatibility: [X] Good
- General Appearance of Properties: [X] Good
- Appeal to Market: [X] Good

- Present Land Use: 90% 1 Family, 0% 2-4 Family, 2% Apts., 2% Condo, 5% Commercial, __% Industrial, 1% Vacant, __% Other
- Change in Present Land Use: [X] Not Likely  [ ] Likely  [ ] Taking Place  From ___ To ___
- Predominant Occupancy: [X] Owner  [ ] Tenant  0-1 % Vacant
- Similar Housing Price Range $ 200,000 to $ 3,000,000   Predominant Value $ 750,000
- Similar Housing Age NEW yrs. to 25 yrs.   Predominant Age 20 yrs.

Note: Race and the racial composition of the neighborhood are not considered to be appraisal factors.

Comments including those factors affecting marketability (e.g. public parks, schools, view, noise): THE SUBJECT IS LOCATED IN COUNTRY CLUB OF THE SOUTH WITH GOOD ACCESS TO EMPLOYMENT, SHOPPING, SCHOOLS AND ALL OTHER ESSENTIAL SERVICES.

### SUBJECT PROPERTY

- Approximate Year Built: 1988
- No. of Units: 1
- No. of Stories: 2
- Type (detached, duplex, semi-detached, etc.): DET
- Design (rambler, split, etc.): COLONIAL
- Exterior Walls Material: BRK
- Roof Material: COMP SH
- Is the property located in a FEMA Special Flood Hazard Area? [X] No  [ ] Yes
- Special Energy Efficient Items: STANDARD

PROPERTY RATING — Good / Avg / Fair / Poor
- Condition of Exterior: [X] Avg
- Compatibility to Neighborhood: [X] Good
- Appeal and Marketability: [X] Good

Comments (favorable or unfavorable including any deferred maintenance): THE SUBJECT IS IN AVERAGE CONDITION. NO REPAIRS NOTED.

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | +(−)$ Adjust. | COMPARABLE NO. 2 | +(−)$ Adjust. | COMPARABLE NO. 3 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 9400 Old Southwick Pass, Alpharetta, GA 30022-5187 | 3018 Kettering Ct, Alpharetta, GA 30022 | | 5020 Harrington Rd, Alpharetta, GA 30022 | | 9300 Chandler Blf, Alpharetta, GA 30022 | |
| Proximity to Subject | | 1.00 miles NW | | 0.58 miles W | | 0.47 miles W | |
| Days on Market | 0 | 22 | | 155 | | 2 | |
| Sales Price | $ | $ 1,490,000 | | $ 1,248,000 | | $ 1,290,000 | |
| Sales Price/Sq. Ft. | $ 210.58 | $ 210.16 | | $ 182.54 | | $ 138.56 | |
| Data/Verif. Source(s) | INSPECTION | FMLS,2ND GEN,TAX REC | | FMLS,2ND GEN,TAX REC | | FMLS,2ND GEN,TAX REC | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | DESCRIPTION | | DESCRIPTION | |
| Date of Sale/Time | N/A | 05/31/2013 | | 11/22/2013 | | 07/09/2013 | |
| Location | GOOD | GOOD | | GOOD | | GOOD | |
| Site Size | 40977 sf | 32557 sf | +10,000 | 32240 sf | +10,000 | 51534 sf | -10,000 |
| Site View | GOLF | RESIDENTIAL | +100,000 | WDS/RES. | +90,000 | GOLF | |
| Age | 25 | 12 | -26,000 | 25 | | 26 | +1,000 |
| Condition | AVG | GOOD | -100,000 | AVG/SUPER. | -50,000 | AVG | |
| Above Grade Room Count | Total 13 / Bdrms 6 / Baths 5.1 | Total 12 / Bdrms 5 / Baths 5.2 | -4,000 | Total 12 / Bdrms 5 / Baths 5.2 | -4,000 | Total 15 / Bdrms 5 / Baths 5.2 | -4,000 |
| Gross Living Area | 6,617 Sq. Ft. | 7,090 Sq. Ft. | -35,000 | 6,837 Sq. Ft. | -16,500 | 9,310 Sq. Ft. | -202,000 |
| Heating/Cooling | FWA/CENT | FWA/CENT | | FWA/CENT | | FWA/CENT | |
| Garage/Carport | 3 ATT | 3 ATT | | 4 ATT | -15,000 | 4 ATT | -15,000 |
| Porches, Patio, Pools, etc. | DK,PAT,POOL,SUNRM | DK,PAT,POOL,FN | | DK SUNRM | +25,000 | DK,PAT,POOL,FN | +10,000 |
| Special Energy Efficient Items | EXTERIOR:BRICK FIREPLACES:4 | EXTERIOR:BRICK FIREPLACES:3 | +2,000 | EXTERIOR:STUCCO FIREPLACES:5 | +50,000 / -2,000 | EXTERIOR:STUCCO FIREPLACES:8 | +50,000 / -8,000 |
| BASEMENT | 5232 sf 5232 sf fin | 3844 sf 3844 sf fin | +41,600 | 4509 sf 0 sf fin | +120,900 | 4397 sf 3957 sf fin | +34,800 |
| BASEMENT BATHS | 3.0 | 1.1 | +12,000 | 0 | +24,000 | 1.0 | +16,000 |
| Net Adj. (total) | | [X] + [ ] − $ 10,600 | | [X] + [ ] − $ 232,400 | | [ ] + [X] − $ 127,200 | |
| Indicated Value of Subject | | Net: 0.7% / Gross: 22.9% $ 1,500,600 | | Net: 18.6% / Gross: 32.6% $ 1,480,400 | | Net: 9.9% / Gross: 27.2% $ 1,162,800 | |

General Comments: THE COMPARABLE SALES ARE CURRENT SALES IN THE AREA AND MOST SIMILAR IN SIZE, LOCATION, SITE AND CONDITION PROVIDING A REASONABLE INDICATION OF THE SUBJECT'S VALUE. THERE IS 6617 sf ON THE MAIN LEVELS AND 5232 sf OF FINISHED BASEMENT FOR A TOTAL OF 11,849 sf HEATED/FINISHED AREA.

Property Rights Appraised: [X] Fee Simple  [ ] Leased Fee  [ ] Leasehold  [ ] Other (describe)

Opinion of Market Value $ 1,465,000   as of 12/23/2013

Signature: [signed]
Completed By: S. CRAIG WATKINS
License or Certification #: 1538
Inspection of Subject: [ ] None  [X] Interior & Exterior  [ ] Exterior Only

Date of Report/Signature: 12/24/2013
Title or Designation: CERTIFIED RESIDENTIAL APPRAISER
License or Certification State: GA   Expires 01/31/2014
Date of Inspection: 12/23/2013

Form 704B - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. 9400-2013

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 9400 Old Southwick Pass Alpharetta, GA 30022-5187 | 9390 Colonnade Trl Alpharetta, GA 30022 | | | | | |
| Proximity to Subject | | 0.24 miles W | | | | | |
| Days on Market | 0 | 215 | | | | | |
| Sales Price | $ | $ 1,862,500 | | $ | | $ | |
| Sales Price/Sq. Ft. | $ 210.58 /Sq. Ft. | $ 222.26 /Sq. Ft. | | $ /Sq. Ft. | | $ /Sq. Ft. | |
| Data/Verif. Source(s) | INSPECTION | FMLS,2ND GEN,TAX REC | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Date of Sale/Time | N/A | 11/12/2013 | | | | | |
| Location | GOOD | GOOD | | | | | |
| Site Size | 40977 sf | 36155 sf | +10,000 | | | | |
| Site View | GOLF | GOLF | | | | | |
| Age | 25 | 19 | −6,000 | | | | |
| Condition | AVG | GOOD | −100,000 | | | | |
| Above Grade Room Count | Total 13 Bdrms 6 Baths 5.1 | Total 10 Bdrms 5 Baths 4.1 | +8,000 | Total Bdrms Baths | | Total Bdrms Baths | |
| Gross Living Area | 6,617 Sq. Ft. | 8,380 Sq. Ft. | −132,200 | Sq. Ft. | | Sq. Ft. | |
| Heating/Cooling | FWA/CENT | FWA/CENT | | | | | |
| Garage/Carport | 3 ATT | 3 ATT | | | | | |
| Porches, Patio, Pools, etc. | DK,PAT,POOL, SUNRM | DK,PAT FN | +23,000 +10,000 | | | | |
| Special Energy Efficient Items | EXTERIOR:BRICK FIREPLACES:4 | EXTERIOR:BRICK FIREPLACES:5 | −2,000 | | | | |
| BASEMENT | 5232 sf 5232 sf fin | 4344 sf 4344 sf fin | +26,600 | | | | |
| BASEMENT BATHS | 3.0 | 2.0 | +16,000 | | | | |
| Net Adj. (total) | | ☐+ ☒− $ | 146,600 | ☐+ ☐− $ | | ☐+ ☐− $ | |
| Indicated Value of Subject | | Net: 7.9% Gross: 17.9% $ | 1,715,900 | Net: % Gross: % $ | | Net: % Gross: % $ | |

Comments

Form 704B.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**  9400 Old Southwick Pass, Alpharetta, GA 30022-5187

**APPRAISER:**
Signature: _[signed]_
Name: S. CRAIG WATKINS
Date Signed: 12/24/2013
State Certification #: CR1538
or State License #:
State: GA
Expiration Date of Certification or License: 01/31/2014

**SUPERVISORY APPRAISER (only if required):**
Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☐ Did   ☐ Did Not Inspect Property

| Borrower/Client | CLIENT: HARRELL | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9400 Old Southwick Pass | | | | | |
| City | Alpharetta | County | FULTON | State | GA | Zip Code 30022-5187 |
| Lender | | | | | | |

THE CLIENTS AND INTENDED USER OF THIS REPORT IS GARY HARRELL FOR PURPOSES OF DETERMINING THE SUBJECT'S FAIR MARKET VALUE AND NOT FOR MORTGAGE APPLICATION PURPOSES.

THE SUBJECT WAS INSPECTED AND MEASURED ON THE INTERIOR AND EXTERIOR ON 12/23/2013.

THE SUBJECT HAS A TOTAL OF 11,849 sf OF FINISHED AND HEATED AREA.
COMP 1 HAS A TOTAL OF 10,934 sf OF FINISHED AND HEATED AREA.
COMP 2 HAS A TOTAL OF 6,837 sf OF FINISHED AND HEATED AREA.
COMP 3 HAS A TOTAL OF 13,267 sf OF FINISHED AND HEATED AREA.
COMP 4 HAS A TOTAL OF 12,724 sf OF FINISHED AND HEATED AREA.

Plat Map

| Borrower/Client | CLIENT: HARRELL | | | | |
|---|---|---|---|---|---|
| Property Address | 9400 Old Southwick Pass | | | | |
| City | Alpharetta | County | FULTON | State GA | Zip Code 30022-5187 |
| Lender | | | | | |



Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



| Borrower/Client | CLIENT: HARRELL | | | | |
|---|---|---|---|---|---|
| Property Address | 9400 Old Southwick Pass | | | | |
| City | Alpharetta | County | FULTON | State GA | Zip Code 30022-5187 |
| Lender | | | | | |



**Median Sale Price – MLS**

The median sale price for properties sold via the MLS. If the median sale price increases over time, it generally indicates an appreciating market in which demand exceeds supply. Conversely, if the median sales price is decreasing, it indicates a declining market with diminished demand.



**Median List Price – MLS**

The median list price for properties actively marketed via the MLS. If the median list price increases over time, it generally indicates an appreciating market in which demand exceeds supply. Conversely, if the median list price is decreasing, it indicates a declining market with diminished demand.



**Median Sale to Original List Price Ratio – MLS**

The median ratio of sale price to list price based on MLS sales. For example, a home listed for $200,000 that sold for $190,000 would have a ratio of 95%. When the ratio is close to or even above 100%, homes are selling at or above their asking price and market demand is high. When the ratio is substantially below 100%, demand for homes is low.



**Median Price per Square Foot – Tax**

Courtesy of CRAIG WATKINS, First Multiple Listing Service

**Market Trends**

Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



# SUBJECT AERIAL PHOTO

| | | | | |
|---|---|---|---|---|
| Borrower/Client | CLIENT: HARRELL | | | |
| Property Address | 9400 Old Southwick Pass | | | |
| City Alpharetta | County FULTON | State GA | Zip Code 30022-5187 |
| Lender | | | | |



**SUBJECT**
9400 Old Southwick Pass

Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# SUBJECT PHOTOGRAPH ADDENDUM

| Borrower/Client | CLIENT: HARRELL | | | | |
|---|---|---|---|---|---|
| Property Address | 9400 Old Southwick Pass | | | | |
| City | Alpharetta | County | FULTON | State GA | Zip Code 30022-5187 |
| Lender | | | | | |

  

  

  

  

  

Form PICINT15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| Borrower/Client | CLIENT: HARRELL | | | | |
|---|---|---|---|---|---|
| Property Address | 9400 Old Southwick Pass | | | | |
| City | Alpharetta | County | FULTON | State GA | Zip Code 30022-5187 |
| Lender | | | | | |



### Comparable 1

| | |
|---|---|
| 3018 Kettering Ct | |
| Prox. to Subject | 1.00 miles NW |
| Sale Price | 1,490,000 |
| Gross Living Area | 7,090 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.2 |
| Location | GOOD |
| View | RESIDENTIAL |
| Site | 32557 sf |
| Quality | |
| Age | 12 |



### Comparable 2

| | |
|---|---|
| 5020 Harrington Rd | |
| Prox. to Subject | 0.58 miles W |
| Sale Price | 1,248,000 |
| Gross Living Area | 6,837 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.2 |
| Location | GOOD |
| View | WDS/RES. |
| Site | 32240 sf |
| Quality | |
| Age | 25 |



### Comparable 3

| | |
|---|---|
| 9300 Chandler Blf | |
| Prox. to Subject | 0.47 miles W |
| Sale Price | 1,290,000 |
| Gross Living Area | 9,310 |
| Total Rooms | 15 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.2 |
| Location | GOOD |
| View | GOLF |
| Site | 51534 sf |
| Quality | |
| Age | 26 |

Form PICPIX.CR — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Comparable Photo Page**

| Borrower/Client | CLIENT: HARRELL | | | | |
|---|---|---|---|---|---|
| Property Address | 9400 Old Southwick Pass | | | | |
| City | Alpharetta | County | FULTON | State GA | Zip Code 30022-5187 |
| Lender | | | | | |



### Comparable 4
9390 Colonnade Trl
| | |
|---|---|
| Prox. to Subject | 0.24 miles W |
| Sale Price | 1,862,500 |
| Gross Living Area | 8,380 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.1 |
| Location | GOOD |
| View | GOLF |
| Site | 36155 sf |
| Quality | |
| Age | 19 |

### Comparable 5
Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 6
Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE